# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV477

| | |
|---|---|
| CHARLES ALAN EDWARDS and JOANNE LEE EDWARDS, )<br>      Plaintiff )<br>)<br>vs. )<br>)<br>CONSUMAT ENVIRONMENTAL )<br>SYSTEMS, INC., et al., )<br>      Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiffs' Motion to Enlarge the Time Within Which to Disclose Expert Witnesses" (Document No. 37), filed June 15, 2005 by Charles Alan Edwards and Joanne Lee Edwards; the "Plaintiffs' Motion to Enlarge the Time Within Which to Respond to Defendants' Motion for Summary Judgment" (Document No. 38), filed June 16, 2005 by Mr. Edwards and Ms. Edwards; the "Defendants' Opposition to Plaintiffs' Motion to Enlarge Time to Disclose Experts" (Document No. 39), filed June 20, 2005 by Consumat Environmental Systems, Inc., Consutech Systems, Inc. ("Consutech I"), and Consutech Systems, L.L.C. ("Consutech II"); and the "Defendants' Opposition to Plaintiff's Motion to Extend Time to Respond to Motion for Summary Judgment" (Document No. 40), filed June 23, 2005 by Consumat, Consutech I, and Consutech II. In order to give all parties adequate opportunity to complete discovery and to present arguments on the pending dispositive motion, the Court will grant the Motions.

**IT IS, THEREFORE, ORDERED** that the "Plaintiffs' Motion to Enlarge the Time Within Which to Disclose Expert Witnesses" (Document No. 37) and the "Plaintiffs' Motion to Enlarge the Time Within Which to Respond to Defendants' Motion for Summary Judgment" (Document No.

38) are hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Pretrial Order, filed on May 27, 2004, is hereby amended as follows:

1. Reports from retained experts will be due by July 1, 2005. Any rebuttal reports from retained experts will be due by August 1, 2005.

2. All motions except motions in limine and motions to continue shall be filed no later than August 29, 2005. If Consumat Environmental Systems, Inc., Consutech Systems, Inc., and Consutech Systems, L.L.C. wish to file a supplement to their pending dispositive motion, they should do so by that deadline. Pursuant to Local Rule 7.1, any response by Mr. Edwards and Ms. Edwards to the pending dispositive motion should be filed on or before September 12, 2005.

3. Mediation shall be completed with the filing of a report with the results on or before August 29, 2005.

4. The trial date set by the Honorable Graham C. Mullen for December 5, 2005 is cancelled. A new trial date will be set by the Honorable Robert J. Conrad, Jr.

**Signed: June 27, 2005**

David C. Keesler
United States Magistrate Judge