# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:03CV477

| | |
|---|---|
| CHARLES ALAN EDWARDS and JOANNE LEE EDWARDS, )<br>Plaintiff )<br> )<br>vs. )<br> )<br>CONSUMAT ENVIRONMENTAL )<br>SYSTEMS, INC., et al., )<br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** in preliminary response to the "Motion to Compel Production of Document" ("Motion to Compel") (Document No. 42), filed August 29, 2005 by Consumat Environmental System, Inc., Consutech Systems, Inc., and Consutech Systems, L.L.C. A hearing on the Motion to Compel shall be held in front of the undersigned on **Tuesday, October 11, 2005.** The parties will be contacted by the Court with respect to the time of such hearing.

**IT IS SO ORDERED.**

**Signed: September 8, 2005**

David C. Keesler
United States Magistrate Judge