IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:03CV477

| | |
|---|---|
| CHARLES ALAN EDWARDS and JOANNE LEE EDWARDS,<br>　　　　Plaintiff<br><br>vs.<br><br>CONSUMAT ENVIRONMENTAL SYSTEMS, INC., et al.,<br>　　　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Compel Production of Document" (Document No. 42), filed August 29, 2005 by Consumat Environmental Systems, Inc., Consutech Systems, Inc. ("Consutech I"), and Consutech Systems, L.L.C. ("Consutech II"). A hearing on the Motion was originally scheduled for October 11, 2005. The Court was notified by counsel for Charles Alan Edwards and Joanne Lee Edwards that the case was settled at mediation on October 10, 2005. Accordingly, the hearing was cancelled and the Court will deny the Motion as moot. The Court expects a stipulation of dismissal to be filed as soon as practicably possible.

**IT IS, THEREFORE, ORDERED** that the "Motion to Compel Production of Document" (Document No. 42) is **DENIED AS MOOT**.

**Signed: October 12, 2005**

_____
David C. Keesler
United States Magistrate Judge