# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Edwards, et al,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:03cv477

Consumat Enviromenta, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2007 Order.

Signed: June 27, 2007

Frank G. Johns, Clerk
United States District Court